UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARISA ANN BELLECI,

Plaintiff,

v.

RICK MROCZEK, et al.,

Defendants.

Case No. 21-cv-09630-RS

**ORDER STRIKING DOCKET ENTRY**

Appearing in pro se, plaintiff Marisa Ann Belleci filed this action alleging a wrongful foreclosure of her residential property. Belleci sought a temporary restraining order, which was denied for multiple reasons. The order observed the complaint invokes a hodgepodge of frivolous theories that have repeatedly been found meritless in cases alleging wrongful foreclosure, and it does not appear Belleci has stated any viable claim.

Subsequently, Belleci filed a document in this matter entitled "Notice of Removal to United States District Court," together with a number of exhibits. Although it is not entirely clear, it appears Belleci is attempting to remove to the Northern District of California one or two separate actions in which she is named as a defendant in state court. The notices fail to comply with the requirements of 28 U.S.C. §1446 and would be insufficient to effect a removal in any event. More fundamentally, however, when a state court case is properly removed to federal court, it is opened as a new case, and must be accompanied by the appropriate filing fee. If Belleci is a defendant in a state court case that is removable to this court, she would remain as the defendant

after the removal. Here, Belleci is the plaintiff and any state court she may wish to remove is simply a *different* case—even assuming it might also be related to the same events Belleci's complaint alleges here.

Accordingly, the documents filed at Docket No. 8 are stricken. While this order does not preclude Belleci from filing a notice of removal to be opened as a separate matter, she is advised that she must have a legal basis for the removal and must comply with the procedural requirements of 28 U.S.C. §1446. She is further advised that state court foreclosure proceedings generally are *not* removable to federal court.

**IT IS SO ORDERED**.

Dated: January 20, 2022

_____
RICHARD SEEBORG
Chief United States District Judge