1  **ZBS LAW, LLP**
   Magdalena Kozinska, Bar No. 258403
2  30 Corporate Park, Suite 450
   Irvine, CA  92606
3  Telephone: (714) 848-7920
   Fax: (714) 848-7650
4
   Attorneys for Defendants,
5  RICK MROCZEK, ZBS LAW, LLP and BSI FINANCIAL SERVICES

6

7

8                 **UNITED STATES DISTRICT COURT**

9                **NORTHERN DISTRICT OF CALIFORNIA**

10

11 | MARISA ANN BELLECI, | Case No.: 3:21-cv-09630-RS |
12 |         Plaintiff, | *[Assigned to the Honorable Richard Seeborg]* |
13 | vs. | |
14 | RICK MROCZEK, ZBS LAW, LLP and BSI FINANCIAL SERVICES, | **[PROPOSED] ORDER GRANTING DEFENDANTS' RICK MROCZEK, ZBS LAW, LLP AND BSI FINANCIAL SERVICES' MOTION TO DISMISS COMPLAINT** |
15 | | |
16 |         Defendants. | |
17 | | **HEARING DATE:** |
18 | | Date:   June 30, 2022 |
19 | | Time:   1:30 p.m. |
20 | | Crtrm:  3, 17th Fl. |
21

22     The Court reviewed and considered the Motion to Dismiss ("Motion") filed
23 by Defendants RICK MROCZEK, ZBS LAW, LLP and BSI FINANCIAL
24 SERVICES ("Defendants"), all papers in support of and in opposition to it, and
25 oral arguments on the matter, if any. The Court finds, adjudges, and orders as
26 follows:
27 ///
28 ///

1.   Defendants' Motion is GRANTED.

2.   Plaintiff's action is hereby dismissed <u>with prejudice</u> with respect to Defendants RICK MROCZEK, ZBS LAW, LLP and BSI FINANCIAL SERVICES.

**IT IS SO ORDERED**.

Dated:_____, 2022   By:_____
Honorable Judge Richard Seeborg
Judge of the United States District Court

# PROOF OF SERVICE

I am over the age of eighteen years and not a party to the within action. I am employed by ZBS LAW, LLP, whose business address is: 30 Corporate Park, Suite 450, Irvine, CA 92606.

On May 25, 2022, I served the within document(s) described as: **[PROPOSED] ORDER GRANTING DEFENDANTS' RICK MROCZEK, ZBS LAW, LLP AND BSI FINANCIAL SERVICES' MOTION TO DISMISS COMPLAINT** on the interested parties in this action:

☒    serving the addressee(s) as indicated below and ☒ addressed as follows:

| Name & Contact Information | Role |
|---|---|
| Marisa Ann Belleci<br>4320 Foothill Way<br>Pittsburg, CA 94565<br><br>Tel:  (925) 339-1575<br>Fax:  (925) 432-9322<br>Email:  marisa@bellecidesigns.com | ***Plaintiff Pro Se*** |

☒    **CM/ECF** (U.S. District Court, Northern District of California, Local Civil Rule 5-5)—The NEF that is automatically generated by the Court's Electronic Filing System constitutes service of the filed document(s) on registered users. All parties who are not registered, if any, were served in the manner set forth above.

☒    (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 25, 2022, at Irvine, California.

                                                     */s/Kimberly A. Bowers*
                                                     KIMBERLY A. BOWERS