UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISA ANN BELLECI,<br>　　　　Plaintiff,<br>　　v.<br>RICK MROCZEK, et al.,<br>　　　　Defendants. | Case No. 21-cv-09630-RS<br><br>**ORDER GRANTING MOTION TO DISMISS** |

Appearing in pro se, plaintiff Marisa Ann Belleci filed this action alleging a wrongful foreclosure of her residential property. With the complaint, Belleci sought a temporary restraining order, which was denied for multiple reasons. The order observed the complaint invokes a hodgepodge of frivolous theories that have repeatedly been found meritless in cases alleging wrongful foreclosure, and that Belleci appeared to have stated no viable claim. Belleci thereafter attempted to remove one or more cases pending against her in state court to be part of this action. That attempt was rejected as improper, and the documents were stricken.

Defendants properly noticed and e-filed a motion to dismiss. Because Belleci is a registered e-filer, she was automatically given notice through her email address of record. Belleci, however, filed no response to the motion. Belleci appears to have abandoned this action, as she also has not provided the court with an updated physical address.

In any event, the motion to dismiss must be granted. Although the complaint invokes various purported claims for relief by name, including "wrongful foreclosure," breach of contract,

and violations of several statutory provisions, the allegations are wholly conclusory and based on legal theories that have been repeatedly rejected in cases challenging non-judicial foreclosures. *See generally*, *Vasquez v. U.S. Bank, N.A*., 2015 WL 5158538, at *3-6 (N.D. Cal. Sept. 2, 2015) (collecting cases).

The complaint is therefore dismissed. In view of Belleci's status as a pro se litigant, she will be given the opportunity to amend, in the event she has a good faith basis to do so, and intends to pursue this matter in this forum. Any amended complaint must be filed by July 29, 2022. In the event Belleci does not file an amended complaint or otherwise respond to this order, a final dismissal will be entered without further notice and the case will be closed.

**IT IS SO ORDERED**.

Dated: July 7, 2022

_____
RICHARD SEEBORG
Chief United States District Judge