UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISA ANN BELLECI,<br><br>            Plaintiff,<br><br>   v.<br><br>RICK MROCZEK, et al.,<br><br>            Defendants. | Case No. 21-cv-09630-RS<br><br>**ORDER OF FINAL DISMISSAL** |

The order granting defendants' motion to dismiss provided: "Any amended complaint must be filed by July 29, 2022. In the event [plaintiff] does not file an amended complaint or otherwise respond to this order, a final dismissal will be entered without further notice and the case will be closed." Plaintiff has not filed an amended complaint or other response, and the time for doing so has expired. The action is dismissed, and the Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: August 30, 2022

_____
RICHARD SEEBORG
Chief United States District Judge